IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TROY GASPARD, INDIVIDUALLY § <br> AND ON BEHALF OF TROY § <br> GASPARD, II, KOLBY GASPARD, § <br> AND MACKENZIE GASPARD, § <br> HIS MINOR CHILDREN § <br> § <br> AND § <br> § <br> LOUIS W. NICHOLS, JR. AND § <br> LAURA NICHOLS, INDIVIDUALLY § <br> AND ON BEHALF OF WILLIAM § <br> NICHOLS, AND ANGIE BERTRAND, § <br> ON BEHALF OF HER MINOR CHILD, § <br> GAGE NICHOLS § <br> § <br> VS. § <br> § <br> ATP OIL & GAS CORPORATION, § <br> ATP ENERGY, INC., BLUE § <br> WATER INDUSTRIES, INC., § <br> PETROLEUM SOLUTIONS § <br> INTERNATIONAL, LLC, § <br> LAREDO CONSTRUCTION, INC. § <br> TODCO (D/B/A TODCO, INC.), § <br> THE OFFSHORE DRILLING § <br> COMPANY  (D/B/A TODCO), § <br> SOUTHLAND FABRICATION, § <br> INC., AND OCEANEERING § <br> INTERNATIONAL, INC. § | CIVIL ACTION NO. <br> G-05-131 |

**ORDER GRANTING RELEASE OF**
**CERTIFIED SEALED DOCUMENTS**

On this day the Court considered the Plaintiff's Motion For Court To Release Certified copies of Sealed Orders, and based on the Motion, the evidence presented, and the argument of counsel, the Court finds that:

This Honorable Court will provide a certified copy of each SEALED order, one respectively

for LOUIS NICHOLS, JR., GAGE NCHOLS AND TROY GASPARD's

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion is granted and the Court will contact Plaintiffs' counsel, Kurt B. Arnold, Arnold & Itkin LLP, 1401 McKinney Street, Suite 2550, Houston, TX, 77010, 713-222-3800, when these certified copies will be made available.

**SIGNED THIS** _____ day of _____, 2007.

_____
**Honorable Samuel B. Kent**