IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TROY GASPARD, INDIVIDUALLY AND ON BEHALF OF TROY GASPARD, II, KOLBY GASPARD, AND MACKENZIE GASPARD, HIS MINOR CHILDREN<br><br>AND<br><br>LOUIS W. NICHOLS, JR. AND LAURA NICHOLS, INDIVIDUALLY AND ON BEHALF OF WILLIAM NICHOLS, AND ANGIE BERTRAND, ON BEHALF OF HER MINOR CHILD, GAGE NICHOLS<br><br>VS.<br><br>ATP OIL & GAS CORPORATION, ATP ENERGY, INC., BLUE WATER INDUSTRIES, INC., PETROLEUM SOLUTIONS INTERNATIONAL, LLC, LAREDO CONSTRUCTION, INC., TODCO (D/B/A TODCO, INC.), THE OFFSHORE DRILLING COMPANY (D/B/A TODCO), AND OCEANEERING INTERNATIONAL, INC. | §§§§§§§§§§§§ C.A. NO. G-05-131 §§§§§§§§§§§§§ |

## AGREED FINAL JUDGMENT

CAME ON TO BE HEARD Plaintiffs, Troy Gaspard, Individually and on Behalf of Troy Gaspard, II, Kolby Gaspard, and MacKenzie Gaspard, his Minor Children, and Louis W. Nichols, Jr. and Laura Nichols, Individually and on Behalf of William Nichols, a Minor Child, and Angie Bertrand, on Behalf of Her Minor Child, Gage Nichols, through their attorneys of record, Arnold & Itkin, L.L.P. of Houston, Texas and The Townsley Law Firm of Lake Charles, Louisiana, and the Guardian Ad Litem, David Walker of Galveston, Texas, and came Defendants, ATP Oil & Gas Corporation, ATP Energy, Inc., TODCO (d/b/a TODCO, Inc.), and The Offshore Drilling Company, through their attorneys of record, Royston, Rayzor, Vickery &

Williams, L.L.P. of Galveston, Texas, and came Defendant/Third-Party Plaintiff, Petroleum Solutions International, L.L.C., through its attorney of record, Law Office of G. Frederick Seemann Attorney at Law, L.L.C. of Lafayette, Louisiana, and came Defendants, Bluewater Industries, Inc. and Laredo Construction Company, through their attorneys of record, Mahtook LaFluer, L.L.C. of Houston, Texas, and came Defendant, Oceaneering International, Inc., through its attorneys of record, Kraft, Gatz & Devitt, L.L.C. of Lafayette, Louisiana, and came Defendant, Southland Fabrication, Inc., through its attorneys of record, Roberts Markel Bale, P.C. of Houston, Texas, and came Intervening Plaintiff, American Zurich Insurance Company, through its attorneys of record, LeBas Law Offices, P.L.C. of Lafayette, Louisiana, and announced that all matters in controversy as between the parties to this action have been resolved and the court having previously conducted a hearing and having approved the settlement with the Plaintiffs, including the Minor Plaintiffs, and the parties having requested that this matter be dismissed with prejudice, the court finds that this matter should be dismissed with prejudice and, accordingly, it is

ORDERED, ADJUDGED AND DECREED that all claims between all parties have been settled, that the settlements have been placed upon the record and executed, that Plaintiffs and American Zurich Insurance Company acknowledge that the settlements have been paid in full, and that all claims that have been brought and/or could have been brought by any party against any other party or its insurers are hereby DISMISSED WITH PREJUDICE. It is, further,

ORDERED, ADJUDGED AND DECREED that each party shall bear his/its own costs of court.

ALL RELIEF PREVIOUSLY SOUGHT HEREIN WHICH IS NOT SPECIFICALLY GRANTED BY THIS FINAL JUDGMENT SHOULD BE, AND IS HEREBY, DENIED.

**THIS IS A FINAL JUDGMENT.**

EXECUTED this _____ day of _____, 2007.

_____
HONORABLE SAMUEL B. KENT,
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM
AND ENTRY REQUESTED:

**ARNOLD & ITKIN, L.L.P.**

_____ *
Kurt B. Arnold, #24036150
700 Louisiana Street
Suite 4700
Houston, TX 77002
(713) 222-3800
(713) 222-3850 - FAX

ATTORNEYS FOR PLAINTIFFS

**ROYSTON, RAYZOR, VICKERY &
   WILLIAMS, L.L.P.**

_____
James R. Watkins, #20926500
2102 Mechanic Street
Suite 205
Galveston, TX 77550
(409) 763-1623
(409) 763-3853 - FAX

ATTORNEYS FOR DEFENDANTS,
ATP OIL & GAS CORPORATION,
ATP ENERGY, INC., TODCO (D/B/A TODCO, INC.),
AND THE OFFSHORE DRILLING COMPANY

LAW OFFICE OF G. FREDERICK SEEMANN
ATTORNEY AT LAW, L.L.C.

*G. Frederick Seemann* \*

G. Frederick Seemann, Bar Roll No. 11913
401 Audubon Boulevard
Suite 103A
Lafayette, LA  70503
(337) 234-3766
(337) 234-4046 - FAX

ATTORNEYS FOR DEFENDANT/THIRD-PARTY
PLAINTIFF, PETROLEUM SOLUTIONS
INTERNATIONAL, L.L.C.


MAHTOOK & LAFLEUR, L.L.C.

*Susan D. Noe* \*

Susan D. Noe, #15055025
675 Bering Drive
Suite 275
Houston, TX  77057
(713) 532-7800
(713) 532-7807 - FAX

ATTORNEYS FOR DEFENDANTS,
BLUEWATER INDUSTRIES, INC. AND
LAREDO CONSTRUCTION COMPANY

**KRAFT, GATZ & DEVITT, L.L.C.**

*Ralph E. Kraft* \*

Ralph E. Kraft, #00784329
F. Douglas Gatz, Jr., #21959
Jessica A. Devitt, #24048432
600 Jefferson Street
Suite 410
Lafayette, LA   70501
(337) 706-1818
(337) 706-1828 - FAX

ATTORNEYS FOR DEFENDANT,
OCEANEERING INTERNATIONAL, INC.


**ROBERTS MARKEL BALE, P.C.**

*Jeffrey R. Bale* \*

Jeffrey R. Bale, #01629800
2800 Post Oak Boulevard
57th Floor
Houston, TX   77056
(713) 840-1666
(713) 840-9404 - FAX

ATTORNEYS FOR DEFENDANT,
SOUTHLAND FABRICATION, INC.

5

**LEBAS LAW OFFICES, P.L.C.**

*/s/ Henry H. LeBas* *

Henry H. LeBas, LA Bar #32185
Todd A. Delcambre, LA Bar #21849
201 Rue Iberville
Suite 600
Lafayette, LA  70503
(337) 236-5500
(337) 236-5590 - FAX

ATTORNEYS FOR INTERVENING
PLAINTIFF, AMERICAN ZURICH
INSURANCE COMPANY

**LAW OFFICE OF DAVID WALKER**

*/s/ David P. Walker* *

David P. Walker, #20696500
1919 Sealy Street
Galveston, TX  77550-2312
(409) 762-8960
(409) 762-1755 - FAX

GUARDIAN AD LITEM

*Signed with permission